ACCEPTED
02-14-00452-cr
SECOND COURT OF APPEALS
FORT WORTH, TEXAS
7/2/2015 10:16:11 PM
DEBRA SPISAK
CLERK

## NO.  02-14-00452-CR

FILED IN
2nd COURT OF APPEALS
FORT WORTH, TEXAS
7/2/2015 10:16:11 PM
DEBRA SPISAK
Clerk

| | | |
|---|---|---|
| **TIFFANY LYNN LEWIS,** | § | **IN THE COURT OF APPEALS** |
| **Appellant** | § | |
| | § | |
| **VS.** | § | **FOR THE SECOND** |
| | § | |
| **THE STATE OF TEXAS,** | § | |
| **Appellee** | § | **DISTRICT OF TEXAS** |

### MOTION FOR EXTENSION OF TIME TO FILE BRIEF

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now the Tiffany Lynn Lewis, Appellant, and files this motion for an extension of thirty (30) days to file her Brief Review.  In Support thereof, Appellant would show as follows:

### I.

Appellant was convicted in the Criminal District Court No. 3 of Tarrant County, Texas, for the offense of Falsely Holding Oneself Out as a Lawyer, and sentenced to ten (10) years confinement in the institutional division.

### II.

The deadline for filing Appellant's Brief is June 8, 2015.  This is Appellant's second request for an extension of time.

### III.

The deadline for filing Appellant's Brief was July 1, 2015.  This is Appellant's third request for an extension of time.  Appellant requests an extension until July 2, 2015, to file

1

her brief in this case.  Appellant's brief is tendered with tis motion.

Respectfully submitted,

Stickels & Associates, P.C.
John W. Stickels
P. O. Box 121431
Arlington, Texas 76012
Phone: (817) 479 - 9282
Fax: (817) 622 - 8071


BY: /S/ John W. Stickels
     John W. Stickels
     State Bar No. 19225300
     Attorney for Tiffany Lynn Lewis


## CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of July, 2015, a true and correct copy of the above and foregoing Motion has been delivered via facsimile to the office of the Tarrant County District Attorney – Appellate Division

/S/ John W. Stickels
John W. Stickels

## CERTIFICATE OF CONFERENCE

I hereby certify that on the 2nd day of June, 2015, a conference was held between my office and a representative for the Tarrant County District Attorney's Office, and she stated that she is not opposed to the granting of Appellant's Motion for Extension of Time.

/S/ John W. Stickels
John W. Stickels